UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

ENTERED
06/23/2015

IN RE: §
§
Shama Sheikh §
§     BANKRUPTCY CASE NUMBER
(Debtor), §     06-34079
§
§
§

## ORDER TO PAY UNCLAIMED FUNDS
(Docket No. 96)

It appearing that the check made payable to Lynn Kuriger, in the amount of $1,419.38, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 01/12/2015 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Lynn Kuriger Stanton c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto.

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $1,419.38 to Lynn Kuriger Stanton at the following address:

Lynn Kuriger Stanton
7802 Ella Lee Lane
Houston, TX 77063

Signed: June 23, 2015.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98